UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA : | DECEMBER 14, 2004 |
| v. : | CASE NO. 04-379(D.N.H.) |
| RICHARD VALVERDE : | |

04-12683 DPW

RE: NOTICE OF APPEAL FROM JUDGMENT DISMISSING MOTION TO VACATE UNDER 28 U.S.C. § 2255

Comes now the petitioner, Richard Valverde who respectfully prays this Honerable Court accept this as a formal notice of appeal to the summary dismissal of my motion under 28 § 2255 USC, pursuant to the Federal rules of App. P.4(a)(1)(b).

This is per instructions by the court of Appeals for the first Circuit, see attached.

respectfully submitted by Richard Valverde on this 14th day of december 2004 in propia persona.

_____
Richard Valverde
Reg. No.02858-049
FCI RAY BROOK BOX 900
RAY BROOK, NEW YORK 12977

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

December 6, 2004

, #02858-049
Federal Correctional Institution
Ray Brook, NY 12977

Re:   Valverde v. U.S., CA No. 04-379 (D. N.H.)

Dear Mr. Valverde:

The clerk's office is in receipt of your "Motion for Issuance of a Certificate of Appealability. Before the court of appeals can consider your request for a certificate of appealability, you must file a notice of appeal from the judgment dismissing your motion to vacate under 28 U.S.C. § 2255. Any notice of appeal you file will be certified to this court by the district court.

If you choose to file a notice of appeal, you must do so within 60 days of the October 20, 2004 judgment. Fed. R. App. P. 4(a)(1)(B). Please note that if you are unable to meet this deadline, your notice of appeal must be accompanied by a motion for extension of time to file an appeal provided that you show good cause or excusable neglect. Fed. R. App. P. 4(a)(5). We will hold your petition for a certificate of appealability until the time to appeal has expired.

Sincerely,
Richard Cushing Donovan, Clerk

By: _____
Julie Gregg, Operations Manager