```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

RICHARD VALVERDE,              )
                               )
         Petitioner,           )
                               )
     v.                        )  Civil Action No. 04-12683-
DPW                            
                               )
UNITED STATES,                 )
         Respondent.           )
```

## MEMORANDUM AND ORDER OF TRANSFER

WOODLOCK, D.J.

On December 17, 2004, the Petitioner, Richard Valverde, filed, in this Court, a "Notice of Appeal from Judgment Dismissing Motion to Vacate Under 28 U.S.C. §2255." The Clerk's Office for the District of Massachusetts opened this case as a new motion pursuant to 28 U.S.C. §2255.

A review of the pleading and the public records, however, indicates that the Petitioner was convicted in the District of New Hampshire (02cr00054-JD-ALL), and filed a Motion under §2255 in that District (04-379-DNH). That §2255 case was dismissed and Petitioner seeks to appeal the dismissal. It further appears that Petitioner filed a Motion for Issuance of a Certificate of Appealability, and was instructed by the First Circuit Court of Appeals that he must first file a Notice of Appeal, within 60 days of the October 20, 2004

judgment, pursuant to Fed. R. App. P. 4(a)(1)(B).

This most recent filing by Petitioner is apparently an attempt to comply with the First Circuit's instructions. Since the Petitioner is seeking to appeal a ruling of the District Court in the District of New Hampshire, the Notice of Appeal should have been filed in the District of New Hampshire rather than this District. See Fed. R. App. P. 3(a)(1)(appeal as of right from the district court to a court of appeal may be taken only by filing a notice of appeal with the district clerk...).

Accordingly, it is hereby ORDERED that the Petitioner's "Notice of Appeal from Judgment Dismissing Motion to Vacate Under 28 U.S.C. §2255" shall be transferred to the District of New Hampshire, for further processing.

A copy of this Order shall be sent to the Clerk's Office for the First Circuit Court of Appeals, and C.A. No. 04-12683-DPW shall be terminated from the docket as a pending case, in light of this Order.

                                                /s/ Douglas P. Woodlock
                                                DOUGLAS P. WOODLOCK
January 3, 2005                    UNITED STATES DISTRICT JUDGE