```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

RICHARD VALVERDE,            )
                             )
        Petitioner,          )
                             )
     v.                      )Civil Action No. 04-12683-DPW
                             )
UNITED STATES,               )
        Respondent.          )

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Memorandum and Order entered this date (#2) directing the dismissal of this action in this District in light of the transfer of the action to the District of New Hampshire, it is hereby ORDERED that the above captioned matter is DISMISSED.

                         By the Court,

                         /s/ Michelle Rynne
                         Deputy Clerk
January 3, 2005

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

RICHARD VALVERDE,              )
                               )
         Petitioner,           )
                               )
     v.                        )Civil Action No. 04-12683-DPW
                               )
UNITED STATES,                 )
         Respondent.           )
```

ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Memorandum and Order entered this date (#2) directing the dismissal of this action in this District in light of the transfer of the action to the District of New Hampshire, it is hereby ORDERED that the above captioned matter is DISMISSED.

                                        By the Court,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

January 3, 2005

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

RICHARD VALVERDE,                )
                                 )
            Petitioner,          )
                                 )
      v.                         )Civil Action No. 04-12683-DPW
                                 )
UNITED STATES,                   )
            Respondent.          )
```

                          ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Memorandum and Order entered this date (#2) directing the dismissal of this action in this District in light of the transfer of the action to the District of New Hampshire, it is hereby ORDERED that the above captioned matter is DISMISSED.

                                 By the Court,

                                 /s/ Michelle Rynne
                                 Deputy Clerk
January 3, 2005

1

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

RICHARD VALVERDE,                 )
                                  )
         Petitioner,              )
                                  )
    v.                            )Civil Action No. 04-12683-DPW
                                  )
UNITED STATES,                    )
         Respondent.              )
```

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Memorandum and Order entered this date (#2) directing the dismissal of this action in this District in light of the transfer of the action to the District of New Hampshire, it is hereby ORDERED that the above captioned matter is DISMISSED.

                                    By the Court,

                                    /s/ Michelle Rynne
                                    Deputy Clerk
January 3, 2005

1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

RICHARD VALVERDE,                 )
                                  )
           Petitioner,            )
                                  )
       v.                         )Civil Action No. 04-12683-DPW
                                  )
UNITED STATES,                    )
           Respondent.            )
```

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with the Memorandum and Order entered this date (#2) directing the dismissal of this action in this District in light of the transfer of the action to the District of New Hampshire, it is hereby ORDERED that the above captioned matter is DISMISSED.

                                By the Court,

                                /s/ Michelle Rynne
                                Deputy Clerk

January 3, 2005